# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Northrop Grumman Corporation ) ASBCA No. 61344
)
Under Contract No. FA2550-04-C-3008 *et al.* )

APPEARANCES FOR THE APPELLANT: Stephen J. McBrady, Esq.
Charles Baek, Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 1, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61344, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals